# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kocoras, Charles P. | U.S. District Court, Northern District of Illinois | 5/23/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Room 2560
219 S. Dearborn St.
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | The John Marshall Law School |
| 2. | Board of Visitors | The John Marshall Law School |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Law Bulletin Publishing Co. Book Royalties | $187.50 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Fireside Realty - Real Estate Sales |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking | | None | J | T | | | | | |
| 2. Bank of America - Savings | A | Interest | M | T | | | | | |
| 3. MB Bank | | None | J | T | | | | | |
| 4. Charles Schwab & Co. Investments: | | | | | | | | | |
| 5. Flx iB 5y TgDr TIPS TDTF | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 6. Flx iB 5y TgDr TIPS TDTF | B | Dividend | | | Sold | 10/24/16 | J | A | |
| 7. Highland/iBoxx Senior Loan ETF SNLN | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 8. Highland/iBoxx Senior Loan ETF SNLN | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 9. iShares Agency Bond ETF AGZ | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 10. iShares Agency Bond ETF AGZ | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 11. iShares China Large-Cap ETF FXI | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 12. iShares China Large-Cap ETF FXI | B | Dividend | | | Sold | 02/03/16 | J | A | |
| 13. iShares iBoxx $ Investment Grade Corporate Bond ETF LQD | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 14. iShares iBoxx $ Investment Grade Corporate Bond ETF LQD | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 15. iShares Microcap ETF IWC | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 16. iShares Microcap ETF IWC | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 17. iShares MSCI EAFE Small-Cap ETF SCZ | A | Dividend | J | T | Buy | 02/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares MSCI EAFE Small-Cap ETF SCZ | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 19. PIMCO 0-5 Year High Yield Corporate Bond Index Exchange-Traded HYS | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 20. PIMCO 0-5 Year High Yield Corporate Bond Index Exchange-Traded HYS | A | Dividend | | | Sold | 06/30/16 | J | A | |
| 21. Schwab U.S. REIT ETF SCHH | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 22. Schwab U.S. REIT ETF SCHH | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 23. Schwab Emerging Markets Equity ETF SCHE | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 24. Schwab Emerging Markets Equity ETF SCHE | A | Dividend | | | Sold | 10/24/16 | J | B | |
| 25. Schwab International Equity ETF SCHF | A | Dividend | K | T | Buy | 02/18/15 | K | | |
| 26. Schwab International Equity ETF SCHF | A | Dividend | | | Sold | 10/24/16 | K | A | |
| 27. Schwab U.S. Large-Cap ETF SCHX | A | Dividend | K | T | Buy | 02/18/15 | K | | |
| 28. Schwab U.S. Large-Cap ETF SCHX | A | Dividend | | | Sold | 10/24/16 | K | A | |
| 29. Schwab U.S. Small-Cap ETF SCHA | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 30. Schwab U.S. Small-Cap ETF SCHA | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 31. SPDR Select Sector Fund - Consumer Discretionary XLY | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 32. SPDR Select Sector Fund - Consumer Discretionary XLY | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 33. Financial Select Sector SPDR Fund XLF | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 34. Financial Select Sector SPDR Fund XLF | A | Dividend | | | Sold | 06/30/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR Bloomberg Barclays High Yield Bond ETF JNK | A | Dividend | J | T | Buy | 02/18/15 | J | | |
| 36. SPDR Bloomberg Barclays High Yield Bond ETF JNK | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 37. PowerShares Optimum Yield Diversified Commodity Strategy No K- PDBC | A | Dividend | J | T | Buy | 12/17/15 | J | | |
| 38. PowerShares Optimum Yield Diversified Commodity Strategy No K- PDBC | A | Dividend | | | Sold | 04/06/16 | J | A | |
| 39. 7-10 Year Treasury Bond ETF IEF | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 40. 7-10 Year Treasury Bond ETF IEF | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 41. Powershares Senior Loan ETF BKLN | A | Dividend | J | T | Buy | 10/24/16 | J | | |
| 42. Powershares Senior Loan ETF BKLN | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 43. Schwab Intermediate Termus TRS SCHR | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 44. Schwab Intermediate Termus TRS SCHR | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 45. Schwab US Tips ETF SCHP | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 46. Schwab US Tips ETF SCHP | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 47. Merrill Lynch account: | | | | | | | | | |
| 48. Astrazeneca AZN | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 49. AT&T T | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 50. American Electric Power Co. AEP | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 51. Carnival Corp Paired SAA CCL | A | Dividend | J | T | Buy | 12/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CME Group Inc. CME | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 53. Coca Cola Co. KO | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 54. Dominion Res Inc. New VA D | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 55. Digital Realty Tr Inc. DLR | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 56. General Electric GE | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 57. Intel Corp INTC | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 58. International Busines Machines IBM | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 59. JP Morgan Chase & Co JPM | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 60. Kraft (THE) Heinz Co SHS KHC | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 61. Kimberly Clark KMB | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 62. Lockheed Martin Corp LMT | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 63. Metlife Inc Com MET | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 64. McDonalds Corp Com MCD | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 65. Occidental Pete Corp Cal OXY | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 66. Paccar Inc. PCAR | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 67. PPL Corp PPL | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 68. Philip Morris Intl Inc PM | A | Dividend | J | T | Buy | 12/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pfizer Inc PFE | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 70. Proctor & Gamble Co PG | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 71. Royal Dutch Shell PLC Spons ADRB RDS | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 72. Spectra Energy Corp SEP | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 73. Thomson Reuters Corp TRI | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 74. Toronto Dominion Bank TD | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 75. Venta Inc Reit VTR | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 76. Verizon Communications Com VZ | A | Dividend | J | T | Buy | 12/01/16 | J | | |
| 77. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 5/23/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles P. Kocoras**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544